THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE ABNER, Appellant.

Decided January 21, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the issues presented have become moot.